# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0342

_____

STORM ROYAL THAYER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

September 25, 2024

PER CURIAM.

Storm Royal Thayer appeals his life sentence for second-degree murder, raising two issues. As to his challenge to the sentencing court's refusal to impose a departure sentence, we dismiss this portion of his appeal for lack of jurisdiction. *See Wilson v. State*, 306 So. 3d 1267, 1273 (Fla. 1st DCA 2020) (holding that appellate review of the trial court's denial of a downward departure sentence is only appropriate when the trial court "misapprehends its discretion to depart or refuses to exercise that discretion as a matter of policy"), *rev. granted*, No. SC20-1870, 2021 WL 1157838 (Fla. Mar. 26, 2021), and *Parrish v. State*, 349 So. 3d 485 (Fla. 1st DCA 2022), *rev. granted*, No. SC-2022-1457, 2023 WL 5223320 (Fla. Aug. 15, 2023). We otherwise affirm without further comment.

DISMISSED in part; AFFIRMED in part.

LEWIS, ROBERTS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jessica J. Yeary, Public Defender, and Megan Lynne Long, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Damaris Esperanza Reynolds, Assistant Attorney General, Tallahassee, for Appellee.

2